**2006–1140. State v. Yun.**
Stark App. No. 2005–CA–00258, 2006-Ohio-1180. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2006–1153. State v. Parsons.**
Montgomery App. No. 20476, 2005-Ohio-2017. On motion for leave to file delayed appeal. Motion denied.

**2006–1164. State v. Srock.**
Summit App. No. 22812, 2006-Ohio-251. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2006–1179. State v. Blythers.**
Cuyahoga App. No. 87703. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2006–1267. Small's Sand & Gravel, Inc. v. Howard Twp. Bd. of Zoning Appeals.**
Knox App. No. 05CA0021, 2006-Ohio-2451. On motion for stay of court of appeals' judgment. Motion denied.
LUNDBERG STRATTON, J., dissents.

## APPEALS ACCEPTED FOR REVIEW

**2006–0540. Zappitelli v. Miller.**
Cuyahoga App. No. 85895, 2006-Ohio-279. Discretionary appeal accepted on Proposition of Law No. I.
LANZINGER, J., would also accept the appeal on all other Propositions of Law.
RESNICK, PFEIFER and O'DONNELL, JJ., dissent.
Discretionary cross-appeal not accepted.

**2006–0690. Toledo v. Tellings.**
Lucas App. No. L–04–1224, 2006-Ohio-975. Discretionary appeal accepted.
PFEIFER, J., dissents.
Motion to lift stay of execution of judgment denied.

**2006–0766. Cleveland v. Voies.**
Cuyahoga App. No. 86317, 2006-Ohio-815. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; and briefing schedule stayed.

**2006–0768. PNP, Inc. v. Ohio Dept. of Job & Family Servs.**
Franklin App. No. 04AP–1294, 2006-Ohio-1159. Discretionary appeal accepted; cause held for the decision in 2006–0275, *Ohio Academy of Nursing Homes v. Ohio Dept. of Job & Family Servs.,* Franklin App. No. 05AP–562, 164 Ohio App.3d 808, 2005-Ohio-6888; and briefing schedule stayed.
PFEIFER, J., dissents.
Motion for stay of jurisdictional proceedings denied as moot.

**2006–0785. Ohio Pyro, Inc. v. Ohio Dept. of Commerce.**
Fayette App. Nos. CA2005–03–009 and CA2005–03–011, 2006-Ohio-1002.
O'CONNOR, J., would accept the appeal on Proposition of Law No. I only.
O'DONNELL, J., dissents.
RESNICK, J., not participating.

**2006–0799. State v. Huffman.**
Hamilton App. No. C–050044, 165 Ohio App.3d 518, 2006-Ohio-1106. Discretionary appeal accepted on Proposition of Law Nos. I, II, and III; cause held for the decision in 2006–0105 and 2006–0216, *State v. Tooley,* Portage App. No. 2004-P-0064, 2005-Ohio-6709; and briefing schedule stayed.
RESNICK, PFEIFER and LANZINGER, JJ., would accept the appeal on all Propositions of Law.
O'CONNOR, J., would accept the appeal on Proposition of Law No. I only.